48470/GAF:klh

Peter Berlin
99-CR-914-01(SWK)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7-8-11

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X] Allow Probation To Expire As Scheduled on July 25, 2011.

[ ] Other

________________________________________

________________________________________

________________________________________

________________________________________

Signature of Judicial Officer
Part I

7-6-11

Date